IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                     No. CIV S-06-0791 FCD GGH P

      vs.

DIRECTOR OF THE DIVISION OF
ADULT INSTITUTIONS, et al.,

      Defendants.              <u>ORDER</u>

         /

      Plaintiff has requested a 45-day extension of time to file a second amended complaint pursuant to the court's order of April 18, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's May 21, 2007, request for an extension of time is partially granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: 5/31/07         /s/ Gregory G. Hollows

                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
wils0791.36