IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

    Plaintiff,                              No. CIV S-06-0791 FCD GGH P

   vs.

DIRECTOR OF THE DIVISION OF
ADULT INSTITUTIONS, et al.,

    Defendants.                        <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By Order filed April 18, 2007, plaintiff's first amended complaint was dismissed with leave to file a second amended complaint. By Order, filed on May 31, 2007, plaintiff was granted an extension of time to file a second amended complaint. Plaintiff filed a second amended complaint.

        The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Dr. Hunt and Dr. Peterson for inadequate medical care in violation of the Eighth Amendment. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. By concurrently filed Findings and Recommendations, the undersigned recommends

1

dismissal of the remaining defendants.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Dr. Hunt and Dr. Peterson.

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed June 13, 2007 (#12).

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Three (3) copies of the endorsed second amended complaint filed June 13, 2007 (#12).

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 04/04/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
wils0791.1am

Case 2:06-cv-00791-KJM-GGH   Document 15   Filed 04/04/08   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,                    No. CIV S-06-0791 FCD GGH P

    vs.

DIRECTOR OF THE DIVISION OF
ADULT INSTITUTIONS, et al.,         NOTICE OF SUBMISSION

        Defendants.                 OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__        completed summons form

        __2__        completed USM-285 forms

        __3__        copies of the June 13, 2007
                              Second Amended Complaint

DATED:

                                                  Plaintiff