1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  MICHELLE L. ANGUS, State Bar No. 210031
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 445-2395
8   Fax:  (916) 324-5205
    Email:  Michelle.Angus@doj.ca.gov

Attorneys for Defendants J. Hunt, M.D. and A. Peterson, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID W. WILSON,** | 2:06-cv-0791 FCD GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS HUNT AND PETERSON'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| **DIRECTOR OF THE DIVISION OF ADULT INSTITUTIONS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants Hunt and Peterson are granted a thirty-day extension of time to respond to Plaintiff's Second Amended Complaint.  Defendants Hunt and Peterson's response to Plaintiff's Second Amended Complaint shall be due on or before August 18, 2008.

Dated: 07/21/08                                    /s/ Gregory G. Hollows
                                                   UNITED STATES MAGISTRATE JUDGE


wils0791.eot

[Proposed] Order Granting Defendants' First Request for Extension of Time to Respond to Second Amended Complaint

1