IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

    Plaintiff,　　　　　　　　　No. CIV S-06-0791 FCD GGH P

    vs.

DIRECTOR OF THE DIVISION
OF ADULT INSTITUTIONS, et al.,

    Defendant.　　　　　　　　　<u>ORDER</u>

                              /

        On August 10, 2009, defendants filed a motion to compel. Plaintiff has not opposed this motion. Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to oppose the motion to compel; within that time, plaintiff shall also file an opposition to the motion to compel; no requests for extension of time will be granted.

DATED: December 8, 2009

                                            /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

wil791.osc

1