IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID W. WILSON,** | Case No. 2:06-cv-0791 FCD GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR OF THE DIVISION OF ADULT INSTITUTIONS, et al.,** | |
| Defendants. | |

The Court, having considered Defendants Hunt and Peterson's request for an extension of time to file a motion for summary judgment, and good cause having been found:

IT IS HEREBY ORDERED: Defendants Hunt and Peterson are granted an extension of time of forty-five days from the date the Court rules on Defendants' pending motion to compel further discovery responses and Plaintiff serves further discovery responses if the Court grants Defendants' motion in any regard.

IT IS SO ORDERED.

Dated: December 14, 2009                    /s/ Gregory Hollows

                                            _____
                                            The Honorable Gregory G. Hollows

Wils0791.eot2

1

[Proposed] Order (2:06-cv-0791 FCD GGH P)