IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                      No. CIV S-06-0791 FCD GGH P

      vs.

DIRECTOR OF THE DIVISION
OF ADULT INSTITUTIONS, et al.,      ORDER

      Defendants.

                           /

          Plaintiff, a state prisoner proceeding pro se, seeks relief under 42 U.S.C. § 1983. Defendants filed a motion to compel discovery responses on August 10, 2009. Attached to the supporting memorandum is a declaration by Michelle Angus which represents that true and correct copies of the discovery requests, including those at issue, along with plaintiff's discovery responses are attached as Exhibits A through I. However, no exhibits are attached to the declaration in the court's docket.

          In addition, plaintiff, on January 29, 2010, filed a "motion for preliminary injunction and or temporary restraining order," claiming that he is being deprived of proper clothing and seeking, inter alia, to be permitted to order Levi's and jean jackets. Defendants must file their response to this motion within fourteen (14) days.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants must submit the missing exhibits referenced as attached to the declaration in support of their August 10, 2009 (docket # 40), motion to compel discovery, Exhibits A through I, within five (5) days; and

2. Defendants must file their response to plaintiff's "motion for preliminary injunction and or temporary restraining order," filed on January 29, 2010 (docket # 54), within fourteen (14) days.

DATED: February 16, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
wils0791.ord