IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-06-0791 FCD GGH P

    vs.

DIRECTOR OF THE DIVISION
OF ADULT INSTITUTIONS, et al.,

      Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 29, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 29, 2010, are adopted in full;

2. Plaintiff's January 29, 2010 (Docket No. 54), motion for a TRO/preliminary injunctive relief is denied; and

3. Plaintiff's "motion for class action" and for class counsel, filed on March 19, 2010 (Docket No. 59), is denied as inapposite.

DATED: May 13, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE